UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
|---|---|

This document relates to:
*Gladys Lopez, et al. v. Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)

## CLERK'S CERTIFICATE OF DEFAULT

I, Daniel Ortiz, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that plaintiffs commenced this action on September 20, 2023 by filing a summons and complaint, submitted an amended complaint on November 2, 2023, and served defendant Islamic Republic of Iran ("Iran") as follows:

As evidenced by letter dated July 31, 2024 from Jared Hess, Attorney Advisor, Overseas Citizens Services, Office of Legal Affairs, United States Department of State, to the Southern District Clerk of Court, service was effectuated on Iran on June 18, 2024, when the U.S. Department of State, assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran, delivered the Service Documents to the Iranian Ministry of Foreign Affairs under cover of diplomatic note number 1058-IE.  *See* Affidavit of Service filed on September 3, 2024, ECF No. 10285.

I further certify that the docket entries indicate that Iran has not filed an answer or otherwise moved with respect to the Complaint herein.  The default of Iran is hereby noted.

Dated: New York, New York
_____ \_\_\_, 2024

By: _____
DANIEL ORTIZ,
Acting Clerk of Court

By: _____
Deputy Clerk

docs-100716334.1