# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |

This document relates to:
*Gladys Lopez, et al. v. Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   :
                  : ss.
COUNTY OF NEW YORK  :

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

      Jerry S. Goldman, Esq., an attorney at law duly admitted before the Courts of the State of

New York, being duly sworn, hereby deposes and says that:

      1.      Plaintiffs' Summons, Complaint, and Notice of Suit, and translations of each, filed

in the above-captioned matter, were served upon defendant Islamic Republic of Iran.

      2.      Service was effectuated upon the Iranian Ministry of Foreign Affairs as transmitted

by the Foreign Interests Section of the Embassy of Switzerland in Tehran on June 18, 2024, in

accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, *et seq.* True and correct

copies of the Return of Service and supporting U.S. Department of State documents, provided in a

cover letter from Jared Hess to the Clerk of the Court, dated June 12, 2024, are attached hereto as

Exhibit A.

      3.      A copy of the Clerk of the Court's transmittal to the State Department, pursuant to

Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, *et seq.*, made at my request and after

payment of the requisite fees as set forth in the Clerk's Certificate of Mailing, ECF No. 21

(individual case docket), dated February 1, 2024, is attached hereto as Exhibit B.

4.     Receipt of transmittal by the State Department was acknowledged by the Clerk of

the Court on the docket on August 28, 2024. See attached Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing information contained herein is true and correct.

Dated: September 3, 2024

_____
Jerry S. Goldman, Esq.

Sworn on before me this 3rd ___
day of September, 2024.

_____
Notary Public

> Gabrielle C. Lese
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 02LE0008201
> Qualified in WESTCHESTER County
> Commission Expires 05/18/2027

# EXHIBIT A



**United States Department of State**

*Washington, D.C.   20520*

July 31, 2024

Ruby J. Krajick
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: ***Gladys Lopez, et al. v. Islamic Republic of Iran,*** **1:23-cv-08305-GBD**

Dear Ms. Krajick:

      I am writing regarding the Court's request for transmittal of a Summons, Amended Complaint, Civil Cover Sheet, Related Case Statement, Notice to Conform to Consolidated Amended Complaint (Dkt. 10, September 28, 2023), Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 11, September 28, 2023), Notice to Conform to Consolidated Amended Complaint (Dkt. 16, November 3, 2023), Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 17, November 3, 2023), and Notice of Suit to the Government of the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

      Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1058-IE, dated June 12, 2024, and delivered on June 18, 2024. A certified copy of the diplomatic note is enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:    Jerry S. Goldman
       Anderson Kill P.C.
       1251 Avenue of the Americas
       New York, NY 10020

## SPECIFIC AUTHENTICATION CERTIFICATE

federation of Switzerland )
, Canton of Bern ) SS:
assy of the United States of America )


tt M. Driskel, a consular officer at the Embassy of the United States at Bern,
erland, certify that this is a true copy of Embassy note number 28278 dated May
024, which was transmitted to the Swiss Ministry of Foreign Affairs on May 22,
, for further transmission to the American Interests Section of the Swiss Embassy in
an, Iran.


_____
(Signature of Consular Officer)


Scott M. DRISKEL
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


July 11, 2024
(Date)





*Embassy of the United States of America*

May 17, 2024

CONS NO.          28278

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities
Act (FSIA) – Gladys Lopez, et al. v. Islamic Republic of Iran, 1:23-cv-08305-GBD

REF:   ----

The Department of State has requested the delivery of the enclosed Summons, Amended
Complaint, Civil Cover Sheet, Related Case Statement, Notice to Conform to Consolidated
Amended Complaint (Dkt. 10, September 28, 2023), Notice to Conform to Sudan
Consolidated Amended Complaint or Ashton Sudan Amended Complaint (Dkt. 11,
September 28, 2023), Notice to Conform to Consolidated Amended Complaint (Dkt. 16,
November 3, 2023), Notice to Conform to Sudan Consolidated Amended Complaint or
Ashton Sudan Amended Complaint (Dkt. 17, November 3, 2023), and Notice of Suit to the
Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign
Immunities Act in the matter Gladys Lopez, et al. v. Islamic Republic of Iran, 1:23-cv-08305-
GBD.

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the
documents to the American Interests Section of the Swiss Embassy in Tehran.  There is one
defendant to be served in this case: the Islamic Republic of Iran.  The American Interests
Section should transmit the Summons, Amended Complaint, Civil Cover Sheet, Related Case
Statement, Notice to Conform to Consolidated Amended Complaint (Dkt. 10, September
28, 2023), Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan
Amended Complaint (Dkt. 11, September 28, 2023), Notice to Conform to Consolidated
Amended Complaint (Dkt. 16, November 3, 2023), Notice to Conform to Sudan
Consolidated Amended Complaint or Ashton Sudan Amended Complaint (Dkt. 17,
November 3, 2023), and Notice of Suit to the Iranian Ministry of Foreign Affairs under cover
of one diplomatic note utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery.
The American Interests Section should execute certifications of the diplomatic notes, which
will be forwarded by the Department of State to the requesting court in the United States.

Enclosed is one appropriate part of a message the Embassy received from the Department of State as well two sets of documents for each defendant.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.



**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit *Gladys Lopez, et al. v. Islamic Republic of Iran,* **1:23-cv-08305-GBD**, which is pending in the United States District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits a Summons, Amended Complaint, Civil Cover Sheet, Related Case Statement, Notice to Conform to Consolidated Amended Complaint (Dkt. 10, September 28, 2023), Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 11, September 28, 2023), Notice to Conform to Consolidated Amended Complaint (Dkt. 16, November 3, 2023), and Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 17, November 3, 2023) herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the Summons, Amended Complaint, Civil Cover Sheet, Related Case Statement, Notice to Conform to Consolidated Amended Complaint (Dkt. 10, September 28, 2023), Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 11, September 28, 2023), Notice to Conform to Consolidated Amended Complaint (Dkt. 16, November 3, 2023), and Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 17, November 3, 2023) be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons, Amended Complaint, Civil Cover Sheet, Related Case Statement, Notice to Conform to Consolidated Amended Complaint (Dkt. 10, September 28, 2023), Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 11, September 28, 2023), Notice to Conform to Consolidated Amended Complaint (Dkt. 16, November 3, 2023), and Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 17, November 3, 2023), the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Summons, Amended Complaint, Civil Cover Sheet, Related Case Statement, Notice to Conform to Consolidated Amended Complaint (Dkt. 10, September 28, 2023), Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 11, September 28, 2023), Notice to Conform to Consolidated Amended Complaint (Dkt. 16, November 3, 2023), Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 17, November 3, 2023), and Notice of Suit
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN**

SPECIFIC AUTHENTICATION CERTIFICATE



federation of Switzerland )
, Canton of Bern ) SS:
assy of the United States of America )

ify that the annexed document bears the genuine seal of the Swiss Federal
rtment of Foreign Affairs.

fy under penalty of perjury under the laws of the United States that the foregoing
e and correct.

_____
(Signature of Consular Officer)

Scott M. DRISKEL
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

July 11, 2024
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Federal Department of Foreign Affairs FDFA**

K.364-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 28278 dated May 17, 2024 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance: Service of process under the Foreign Sovereign Immunities Act (FSIA) – Gladys Lopez, et al. v. Islamic Republic of Iran, 1:23-cv-08305-GBD

- Note No. 1058-IE addressed to the Islamic Republic of Iran

dated June 12, 2024 and proof of service, dated June 18, 2024 as well as the certification by the Swiss Federal Chancellery dated July 2, 2024.

The section has received the above mentioned documents on May 30, 2024. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on June 18, 2024. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Bern, July 2, 2024

*Enclosure(s) mentioned*



To the
Embassy of the
United States of America

Bern



## SPECIFIC AUTHENTICATION CERTIFICATE

federation of Switzerland            )
n, Canton of Bern                    ) SS:
bassy of the United States of America  )

tify that the annexed document is executed by the genuine signature and seal of the
wing named official who, in an official capacity, is empowered by the laws of
zerland to execute that document.

tify under penalty of perjury under the laws of the United States that the foregoing
e and correct.

_____ Lara LORELLA _____
(Typed name of Official who executed the annexed document)



_____
(Signature of Consular Officer)

_____ Scott M. DRISKEL _____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

July 11, 2024
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1058-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit *Gladys Lopez, et al. v. Islamic Republic of Iran,* 1:23-cv-08305-GBD, which is pending in the United States District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits a Summons, Amended Complaint, Civil Cover Sheet, Related Case Statement, Notice to Conform to Consolidated Amended Complaint (Dkt. 10, September 28, 2023), Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 11, September 28, 2023), Notice to Conform to Consolidated Amended Complaint (Dkt. 16, November 3, 2023), and Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 17, November 03, 2023), herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Summons, Amended Complaint, Civil Cover Sheet, Related Case Statement, Notice to Conform to Consolidated Amended Complaint (Dkt. 10, September 28, 2023), Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 11, September 28, 2023), Notice to Conform to Consolidated Amended Complaint (Dkt. 16, November 3, 2023), and Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 17, November 03, 2023) be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons, Amended Complaint, Civil Cover Sheet, Related Case Statement, Notice to Conform to Consolidated Amended Complaint (Dkt. 10, September 28, 2023), Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 11, September 28, 2023), Notice to Conform to Consolidated Amended Complaint (Dkt. 16, November 3, 2023), and Notice to Conform to Sudan Consolidated Amended Complaint or *Ashton* Sudan Amended Complaint (Dkt. 17, November 03, 2023), the Embassy is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran – June 12, 2024

I, Pia Müller, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1058-IE, dated June 12, 2024. The delivery of this note and its enclosures was attempted on June 18, 2024, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Pia Müller
Deputy Head of the Foreign Interests Section

Tehran – June 18, 2024



---

**APOSTILLE**
(Convention de La Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by        Pia Müller

3. acting in the capacity of Deputy Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section, Tehran

   Certified

5. at Berne                 6.        the 02 July 2024

7. by Lara Lorella
   functionary of the Swiss federal Chancellery

8. No  015078

9. Seal/stamp:              10. Signature:

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره IE–1058

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوای حقوقی تحت عنوان **گلادیس لوپز و دیگران علیه جمهوری اسلامی ایران، تحت پرونده مدنی شماره GBD-cv-08305-1:23** که در دادگاه منطقه ای ایالات متحده برای ناحیه جنوب نیو یورک مفتوح میباشد، جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده برای ناحیه جنوب نیو یورک، یک فقره احضاریه، یک جلد دادخواست مدنی، اظهارات پرونده های مرتبط، اطلاعیه برای مطابقت با شکایت اصلاح شده تلفیقی (سند شماره ۱۰ مورخه ۲۸ سپتامبر ۲۰۲۳)، اطلاعیه برای انطباق با شکایت اصلاح شده تلفیقی سودان یا شکایت اصلاح شده اشتون سودان (سند شماره ۱۱ مورخه ۲۸ سپتامبر ۲۰۲۳)، اطلاعیه برای مطابقت با شکایت اصلاح شده تلفیقی (سند شماره ۱۶ مورخه ۳ نوامبر ۲۰۲۳) و اطلاعیه برای انطباق با شکایت اصلاح شده تلفیقی سودان یا شکایت اصلاح شده اشتون سودان (سند شماره ۱۷ مورخه ۳ نوامبر ۲۰۲۳)، را ایفاد می نماید. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در غیر اینصورت، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفاعیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که احضاریه، شکایت اصلاح شده، برگه جلد دادخواست مدنی، اظهارات پرونده های مرتبط، اطلاعیه برای مطابقت با شکایت اصلاح شده تلفیقی (سند شماره ۱۰ مورخه ۲۸ سپتامبر ۲۰۲۳)، اطلاعیه برای انطباق با شکایت اصلاح شده تلفیقی سودان یا شکایت اصلاح شده اشتون سودان (سند شماره ۱۱ مورخه ۲۸ سپتامبر ۲۰۲۳)، اطلاعیه برای مطابقت با شکایت اصلاح شده تلفیقی (سند شماره ۱۶ مورخه ۳ نوامبر ۲۰۲۳) و اطلاعیه برای انطباق با شکایت اصلاح شده تلفیقی سودان یا شکایت اصلاح شده اشتون سودان (سند شماره ۱۷ مورخه ۳ نوامبر ۲۰۲۳) ضمیمه، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور انجام شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر احضاریه، شکایت اصلاح شده، برگه جلد دادخواست مدنی، اظهارات پرونده های مرتبط، اطلاعیه برای مطابقت با شکایت اصلاح شده تلفیقی (سند شماره ۱۰ مورخه ۲۸ سپتامبر ۲۰۲۳)، اطلاعیه برای انطباق با شکایت اصلاح شده تلفیقی سودان یا شکایت اصلاح شده اشتون سودان (سند شماره ۱۱ مورخه ۲۸ سپتامبر ۲۰۲۳)، اطلاعیه برای مطابقت با شکایت اصلاح شده تلفیقی (سند شماره ۱۶ مورخه ۳ نوامبر ۲۰۲۳) و اطلاعیه برای انطباق با شکایت اصلاح شده تلفیقی سودان یا شکایت اصلاح شده اشتون سودان (سند شماره ۱۷ مورخه ۳ نوامبر ۲۰۲۳)، ابلاغیه اقامه دعوی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست ها تهیه شده است، را به پیوست ایفاد می دارد.

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا، هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاهی که موضوع در آن مفتوح می باشد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده مراتب احترامات فائقه خود نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران – بتاریخ بیست و سوم خرداد ماه ۱۴۰۳ (۱۲ ژوئن ۲۰۲۴)

پیوست: ۱- احضاریه، شکایت اصلاح شده، برگه جلد دادخواست مدنی، اظهارات پرونده های مرتبط، اطلاعیه برای مطابقت با شکایت اصلاح شده تلفیقی (سند شماره ۱۰ مورخه ۲۸ سپتامبر ۲۰۲۳)، اطلاعیه برای انطباق با شکایت اصلاح شده تلفیقی سودان یا شکایت اصلاح شده اشتون سودان (سند شماره ۱۱ مورخه ۲۸ سپتامبر ۲۰۲۳)، اطلاعیه برای مطابقت با شکایت اصلاح شده تلفیقی (سند شماره ۱۶ مورخه ۳ نوامبر ۲۰۲۳)، اطلاعیه برای انطباق با شکایت اصلاح شده تلفیقی سودان یا شکایت اصلاح شده اشتون سودان (سند شماره ۱۷ مورخه ۳ نوامبر ۲۰۲۳) و ابلاغیه اقامه دعوی

۲- ترجمه ها


اداره امور آمریکا

وزارت امور خارجه

جمهوری اسلامی ایران

تهران



U.S. Embassy
BERN, SWITZERLAND
https://ch.usembassy.gov
Customer: GLADY LOPEZ V. ISLAMIC
REP OF IRAN
Date: 5/17/2024 2:08:50 PM
Register: ACS Cash
Transaction: 15055331
Tender: U.S. Dollars
Exchange Rate: 1.00USD = 1.000LC

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 51 | | | $2,275.00 |
| LETTERS | | | | CHF 2'275.00 |
| ROGATORY/FSIA FEE | | | | |

| | | |
|---|---|---|
| Balance | | $2,275.00 |
| Amount Paid | | $2,275.00 |
| Change | | $0.00 |

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS

Sensitive But Unclassified (SBU)

66806

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Gladys Lopez, et al. |
| :-- |
| -v- |
| Islamic Republic of Iran |

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 1:23-cv-08305-GBD

I hereby certify under the penalties of perjury that on the 1st day of February 2024, I served defendant Islamic Republic of Iran at the following address:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Iman Khomeini Avenue
> Tehran, Iran
> Attn: H.E. Hossein Amir-Abdollahian

By dispatching via Federal Express, Tracking No. 8161 1184 2823, to the Secretary of State, ATTN: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1) Summons;

2) Amended Complaint dated November 2, 2023;

3) Civil Cover Sheet;

4) Related Case Statement;

5) Notice to Conform to Sudan Consolidated Amended Complaint dated September 28, 2023, and November 3, 2023

6) Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint dated September 28, 2023, and November 3, 2023;

7) Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611;

8) Affidavit of Translator

Dated:  New York, New York
February 1, 2024

RUBY J. KRAJICK
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk

# EXHIBIT C

**Greene, Alexander**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, August 28, 2024 5:15 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-08305-GBD Lopez et al v. Islamic Republic of Iran Clerk Certificate of Mailing Received |

**EXTERNAL SENDER**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 8/28/2024 at 5:14 PM EDT and filed on 8/20/2024

| | |
|---|---|
| **Case Name:** | Lopez et al v. Islamic Republic of Iran |
| **Case Number:** | 1:23-cv-08305-GBD |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
CLERK CERTIFICATE OF MAILING RECEIVED for two copies of the 1) Summons; 2) Amended Complaint dated November 2, 2023; 3) Civil Cover Sheet; 4) Related Case Statement; 5) Notice to Conform to Sudan Consolidated Amended Complaint dated September 28, 2023, and Nov ember 3, 2023; 6) Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint dated September 28, 2023, and November 3, 2023; 7) Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. &# 167; § 1330, 1391(f), 1441(d), and 1602-1611; 8) Affidavit of Translator mailed to Islamic Republic of Iran by Federal Express tracking # 8161 1184 2823, as per [21] Clerk Certificate of Mailing. RECEIVED ON: 8/20/2024. (ras)

**1:23-cv-08305-GBD Notice has been electronically mailed to:**

Jerry Stephen Goldman    jgoldman@andersonkill.com, dflynn@andersonkill.com, dfraser@andersonkill.com, erybicki@andersonkill.com

Bruce Elliot Strong    bstrong@andersonkill.com, dfraser@andersonkill.com

Alexander Greene    agreene@andersonkill.com, dfraser@andersonkill.com

Jeremy Benjamin Shockett    jshockett@andersonkill.com

**1:23-cv-08305-GBD Notice has been delivered by other means to:**