IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

*In re Terrorist Attacks on September 11, 2001*

03 MDL 1570 (GBD)(SN)
ECF Case

---------------------------------------x

This document relates to:

*Estate of John Patrick O'Neill Sr., et al.* v. *The Republic of Iraq, et al.*, 1:04-cv-01076 (GBD)(SN)
*Estate of John Patrick O'Neill Sr., et al.* v. *Al Baraka Investment and Development Corporations, et al.*, 1:04-cv-01923(GBD)(SN)

*Gladys Lopez et al.* v. *Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)

**CONSENT ORDER GRANTING WITHDRAWAL
AS COUNSEL AND PERMISSION TO PROCEED PRO SE**

I, Jerry Goldman, the undersigned counsel, respectfully move this Court for an Order granting leave to withdraw as counsel of Plaintiff Michael Reynolds and Plaintiff Justin Rodriguez. Notice is hereby given that, subject to approval by the Court, Plaintiff Michael Reynolds and Plaintiff Justin Rodriguez will proceed Pro Se in place of Anderson Kill P.C. In support of this Motion, counsel avers the following:

1. Plaintiff Michael Reynolds retained the undersigned counsel on October 4, 2023.

2. Plaintiff Justin Rodriguez retained the undersigned counsel on October 4, 2023.

3. Plaintiffs Michael Reynolds and Justin Rodriguez are brothers.

4. Plaintiffs Michael Reynolds and Justin Rodriguez are the putative children of Anthony Rodriguez, a person who was killed in the 9-11 Terrorist Attacks.

5. Plaintiffs Michael Reynolds and Justin Rodriguez, on June 28, 2024, informed the undersigned counsel that the undersigned counsel cease representation.

docs-100713853.1

6.  Plaintiffs Michael Reynolds and Justin Rodriguez, on June 28, 2024, informed the undersigned counsel that they wish to proceed Pro Se.

7.  The undersigned counsel will not be asserting a charging or retaining lien relating to Plaintiffs Michael Reynolds or Justin Rodriguez.

Contact information for Michael Reynolds is as follows:

> Michael Reynolds
> 628 Knightsbridge Lane
> Winder, GA 30680
> Telephone No.: (404) 313-9046
> E-Mail: Michaelreynolds15@yahoo.com

Contact information for Justin Rodriguez is as follows:

> Justin Rodriguez
> 5340 San Mateo Blvd NE
> Apt. C41
> Albuquerque, NM 87109
> justin.r.rodriguez1@gmail.com

I consent to the withdrawal of Anderson Kill PC.

Date: September 26, 2024

_____
Jerry S. Goldman
Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York 10020
jgoldman@andersonkill.com

I consent to the withdrawal of Anderson Kill P.C. and will proceed pro se.

Date: September 26, 2024

_____
Michael Reynolds

I consent to the withdrawal of Anderson Kill P.C. and will proceed pro se.

Date: September 13, 2024

_____
Justin Rodriguez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

*In re Terrorist Attacks on September 11, 2001*

03 MDL 1570 (GBD)(SN)
ECF Case

---------------------------------------------------------------x

This document relates to:

*Estate of John Patrick O'Neill Sr., et al.* v. *The Republic of Iraq, et al.*, 1:04-cv-01076 (GBD)(SN)
*Estate of John Patrick O'Neill Sr., et al.* v. *Al Baraka Investment and Development Corporations, et al.*, 1:04-cv-01923(GBD)(SN)

*Gladys Lopez et al.* v. *Islamic Republic of Iran*, No. 1:23-cv-08305 (GBD)(SN)

## CERTIFICATE OF SERVICE

I, Jerry Goldman, Esquire, hereby certify that the foregoing Motion to Withdraw as Counsel for Michael Reynolds and Justin Rodriguez was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF. In addition, a copy of the Motion is being served via first class mail to the following:

Michael Reynolds
628 Knightsbridge Lane
Winder, GA 30680

Justin Rodriguez
5340 San Mateo Blvd NE
Apt. C41
Albuquerque, NM 87109

_____
Jerry S. Goldman, Esq.

docs-100722997.1