UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/19

O'Neill et al.

V.

Republic of the Sudan et al

**CERTIFICATE OF MAILING**

Case No.: ___18-cv-12114___ ( GBD)(SN)

I hereby certify under the penalties of perjury that on the __26__ day of _June_, 2019__,
I served:_____ Minister of Foreign Affairs, Ministry of Foreign Affairs at P.O BOX 873,
Gamma Street, Khartoum, Sudan

☐　　　the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐　　　the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒　　　the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐　　　the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

____2___ copy(ies) of the _____ Summons, Complaint deemed filed on December 21,2019, Civil
Cover Sheet, Notice of Suit, Affidavit of translator(along with translations of the above documents)

by ___ Fedex Tracking # 8025 2576 2904　　　　　　　　　　　　　　.

Dated: New York, New York
06/26/2019

RUBY J. KRAJICK
CLERK OF COURT

Shanee Mcleod
DEPUTY CLERK

fedex.com 1.800.GoFedEx 1.800.463.3339

# FedEx
Express
US Airbill
*NEW Package*

**1 From** *Please print and press hard.*

Date 6.24.19

Sender's FedEx Account Number 6283-5404-9

Sender's Name Ruby J. Krajick Clerk of Court

Company Southern District of New York

Address 500 Pearl Street

City New York   State NY   ZIP 10007

**2 Your Internal Billing Reference** 101147-IP001

**3 To**

Recipient's Name Secy of State, Attn.: Director of Consular Ser.

Company Office of Policy Review & Inter-Agency (CA/OSC/PRI)

Address U.S. Dept. of State

Address SA-29, 4th Floor
2201 C Street NW

City Washington DC   State DC   ZIP 20520

**Easy new Peel-and-Stick airbill. No pouch needed.**
Apply airbill directly to your package. See directions on back.

**4 Express Package Service**
Form ID No. 0200

**5 Packaging**

**6 Special Handling and Delivery Signature Options**

**7 Payment** *Bill to:*

FedEx Tracking Number 8025 2576 2904

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

Rev. Date 12/11•Part #162542•©2003-2010 FedEx•PRINTED IN U.S.A. SRF