UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

This document relates to:
Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al., 1:04-cv-01076 (GBD)(SN)
Estate of John Patrick O'Neill Sr., et al. v. Al Baraka Investment and Development Corporations, et al., l:04-cv-01923(GBD)(SN)
Gladys Lopez et al. v. Islamic Republic of Iran, No. l:23-cv-08305 (GBD)(SN)

Docket No: 03 MDL 157 ( GBD) ( SN )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Rodriguez, Justin

☑ Plaintiff
☐ Defendant

Name (Last, First, MI)

| 5340 San Mateo Blvd | Albuquerque | NM | 87109 |
|---|---|---|---|
| Address | City | State | Zip Code |

404-804-7269                justin.r.rodriguez1@gmail.com

Telephone Number            e-mail address

11.14.2024                  [signature]

Date                        Signature